112 A.3d 1210

COMMONWEALTH of Pennsylvania, Petitioner

v.

Wayne Patrick SHOWER, Respondent.

Supreme Court of Pennsylvania.

April 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Whether the Superior Court's application of its decision *Commonwealth v. Hainesworth* to the instant cases impermissibly expanded the contract clause to bind the Commonwealth to collateral consequences over which the Commonwealth has no control?